```
                                    FILED
                              07 DEC 19 PM 3:15
                              CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY      CP        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07 CR 3416 DMS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Secs. 922(g)(5)(A) and 924(a)(2) - Illegal Alien in Possession of a Firearm |
| LUIS GILBERTO JIMENEZ-RUIZ, | |
| Defendant. | |

The grand jury charges:

On or about December 4, 2007, within the Southern District of California, defendant LUIS GILBERTO JIMENEZ-RUIZ, an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess, in and affecting commerce, firearms, that is, the following:

a. One Eagle Arms rifle, 5.56 mm, model EA-15, serial number 5111;

b. One Olympic Arms rifle, 5.56 mm, model Plinker, serial number 56W1332;

c. One DPMS rifle, 5.56 mm, model A-15, serial number F012757K;

//

PLS:em:Imperial
12/18/07

d. One Ameetec Arms rifle, 5.56 mm, model WM-15, serial number AM002868;

e. One Olympic Arms rifle, 5.56 mm, model MFR, serial number NF0620; and

f. One Calvary Arms rifle, 5.56 mm, model 15MKII, serial number XT-066.

All in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

DATED: December 19, 2007.

A TRUE BILL;

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

2