1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  3132 Third Ave. #101
   San Diego, CA 92103
3  Telephone: (619) 295-1264
   E-Mail: Netlawyr@aol.com
4  Attorney for Defendant, Mr. Luis Gilberto Jimenez Ruiz

5

   **UNITED STATES DISTRICT COURT**
6  **SOUTHERN DISTRICT OF CALIFORNIA**
   **(THE HON. DANA M. SABRAW)**
7

8  **UNITED STATES OF AMERICA,**      )    CASE NO. 07cr3416-DMS
        Plaintiff,                    )
9                                     )    DATE: January 25, 2005
   v.                                 )    TIME: 11:00 a.m.
10                                    )
   **LUIS GILBERTO JIMENEZ RUIZ,**    )    NOTICE OF MOTIONS and MOTIONS TO:
11      Defendant.                    )    1) COMPEL DISCOVERY; and for
                                      )    2) <u>LEAVE TO FILE FURTHER MOTIONS</u>
12                                    )

13

14 **TO:  KAREN P. HEWITT, or current UNITED STATES ATTORNEY, AND
        JOSEPH J.M. ORABONA, or current ASSISTANT UNITED STATES ATTORNEY:**
15

16     PLEASE TAKE NOTICE that on January 25, 2007 at 11:00 a.m., or as

17 soon thereafter as counsel may be heard, the defendant, Luis Gilberto

18 Jimenez Ruiz, by and through his counsel, Holly S. Hanover, will ask

19 this Court to enter an order granting the motions listed below.

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

                                     1                              07cr3416

1 **MOTIONS**

2 The Defendant, Luis Gilberto Jimenez Ruiz, by and through his
3 attorney, Holly S. Hanover, pursuant to the United States Constitution,
4 the Federal Rules of Criminal Procedure, and all other applicable
5 statutes, case law and local rules, hereby moves this Court for an order
6 to:
7 1)   Compel Discovery; and to
8 2)   Grant leave to file further motions.
9 These motions are based upon the instant motions and notice of
10 motions, the attached statement of facts and memorandum of points and
11 authorities, and any and all other materials that may come to this
12 Court's attention at the time of the hearing on these motions.

13                                                  **Respectfully submitted,**

15 **Dated:  January 11, 2008**              s/ *Holly S. Hanover*
                                              **Attorney for Mr. Luis Gilberto Jimenez Ruiz**
16                                            **E-mail: Netlawyr@aol.com**