HOLLY S. HANOVER, Esq.
California State Bar Number 177303
3132 Third Ave. #101
San Diego, CA 92103
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Mr. Luis Gilberto Jimenez Ruiz

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HON. DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>LUIS GILBERTO JIMENEZ RUIZ,<br>    Defendant. | CASE NO. 07cr3416-DMS<br><br>DATE: January 25, 2005<br>TIME: 11:00 a.m.<br><br>CERTIFICATE OF SERVICE |

**IT IS HEREBY CERTIFIED THAT:**

I, Holly Hanover, am a citizen of the United States and am at least 18 years of age. My business address is 3132 Third Ave. #101, San Diego, CA, 92103.

I have cause the service of the Motion for Discovery on this case. The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following e-mail addresses:

| Name: | E-mail Address: |
|---|---|
| U S Attorney CR | Efile.dkt.gc2@usdoj.gov |

    Respectfully submitted,

**Dated: January 11, 2008**        s/ *Holly S. Hanover*
                                                          **Attorney for Mr. Luis Gilberto Jimenez Ruiz**
                                                          **E-mail: Netlawyr@aol.com**

                                          1                                        07cr3416