MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs _____*Luis Gilberto Jimenez - Ruiz*_____ NO. _____*07CR03416-DMS*_____

The Court finds excludable delay, under the section indicated by check ( ✓ ),

commenced on ____1/11/08____ and ended on ____3/27/08____; (XE )

____3/27/08____ and ended on ____6/13/08____. (X7,X7)

3161(h)

____ (1)(A)    Exam or hrg for **mental or physical incapacity**    A

____ (1)(B)    **NARA** examination (28:2902)    B

____ (1)(D)    State or Federal trials or **other charges pending**    C

____ (1)(E)    **Interlocutory appeals**    D

____ (1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)    E

____ (1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)    F

____ (1)(J)    **Proceedings under advisement** not to exceed thirty days    G

____    Misc proc:  Parole or prob rev, deportation, **extradition**    H

____ (1)(H)    **Transportation** from another district or to/from examination
or hospitalization in ten days or less    6

__X__ (1)(I)    Consideration by Court of **proposed plea agreement**    ⑦

____ (2)    **Prosecution deferred** by mutual agreement    I

____ (3)(A)(B)    **Unavailability of defendant or essential witness**    M

____ (4)    Period of **mental or physical incompetence** of defendant to
stand trial    N

____ (5)    Period of **NARA commitment or treatment**    O

____ (6)    **Superseding indictment and/or new charges**    P

____ (7)    **Defendant awaiting trial of co-defendant** when no severance
has been granted    R

____ (8)(A)(B)    Continuances granted per (h)(8)-use "T" alone if more than
one of the reasons below are given in support of continuance    T

____ (8)(B)(I)    1) Failure to grant a **continuance** in the proceeding
would result in a **miscarriage of justice** and
the ends of justice outweigh the best interest
of the public and the defendant in a speedy trial.
**(Continuance - miscarriage of justice)**    T1
X
2) Failure to grant a **continuance** of the trial would result in
a miscarriage of justice as the defendant has tendered a
guilty plea to a magistrate judge and is awaiting a
determination as to whether the plea will be accepted.
**(Continuance - tendered a guilty plea)**

____ (8)(B)(ii)    2) Case unusual or **complex**    T2

____ (8)(B)(iii)    3) **Indictment following arrest cannot be filed** in thirty (30) days    T3

____ (8)(B)(iv)    4) **Continuance** granted in order to obtain or substitute counsel,
or give reasonable time to prepare
**(Continuance re counsel)**    T4

____ 3161(I)    Time up to **withdrawal of guilty plea**    U

____ 3161(b)    **Grand jury indictment time extended** thirty (30) more days    W

Date __3·27-08__                                            _____
                                                    Judge's Initials