# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS JIMENEZ RUIZ,<br><br>                      Petitioner,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>                      Respondent. | CASE NO. 08cv1298 DMS<br>*related to case no. 07cr3416 DMS*<br><br>**ORDER REQUIRING RETURN TO PETITION** |

On June 13, 2008, Petitioner Luis Jimenez Ruiz pleaded guilty to one count of being an illegal alien in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2). This Court sentenced Petitioner on June 13, 2008. On July 18, 2008, Petitioner filed a timely motion pursuant to 28 U.S.C. § 2255.

Having received the motion, the Court now directs the Respondent to show cause why it should not be granted. Respondent must therefore file and serve its return on or before **August 25, 2008**. Petitioner may then file his traverse on or before **September 24, 2008**, at which time the matter will be taken under submission.

**IT IS SO ORDERED.**

DATED: July 25, 2008

_____
HON. DANA M. SABRAW
United States District Judge