# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 AUG 26 PM 1:33

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Sabraw

FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 8/22/2008

CASE NO.: 07cr3416 DMS   DOCUMENT FILED BY: Defendant (1)

CASE TITLE: USA v. Jimenez-Ruiz

DOCUMENT ENTITLED: Motion for Time Reduction

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Motion currently pending.** |

Date forwarded: 8/25/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: DMS

Dated: 8-26-08   By: _____

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Reg. No.:
California City Correctional Center
P.O. Box 3001-0001
California City, CA 93504



IN PROPRIA PERSONA

## IN THE UNITED STATES DISTRICT COURT
### FOR

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             Plaintiff,   )<br>                          )<br>                          )<br>                          )<br> vs.                      )<br>                          )<br>                          )<br>                          )<br>                          )<br>             Defendant.   )<br>                          )<br> Luis Gilberto Jimenez Ruiz ) | PRO SE<br>MOTION FOR TIME REDUCTION<br>BY AN INMATE IN FEDERAL<br>CUSTODY UNDER TITLE<br>28 U.S.C. § 2255<br><br>Criminal Case Number:<br>05765-298 |

COMES NOW, the Defendant Luis Gilberto Jimenez Ruiz. In Propria Persona, Requesting this Honorable Court for a time reduction based on the following grounds. Memorandum of points and Authorities established by this Motion, factual basis. Under the Attorney General Memorandum dated April 28, 1995, The United States Attorney General can offer up to two (2) points downward departure if defendant accepts a final deportation order.

Because Defendant L. G. Jimenez cannot be housed in a minimum security facility, or community Correctional Center based on his deportation alien status, he asks this Honorable Court to take into consideration and possibly grant Defendant

-1-